# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

                                    :        Case No. 2:08-CR-113(2)
   **v.**                                                 CHIEF JUDGE SARGUS
                                    :

**MICHAEL M. GAY,**
    **Defendant.**

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE

    Now comes the United States, by and through its counsel, Assistant United States Attorney Gary L. Spartis, and based on the following memorandum, we respectfully oppose Defendant's second motion to terminate supervised release for the reasons set forth below. If the defendant successfully completes supervised release until April 2, 2019, and does not incur any new violations between now and then, the United States has no objection to the termination of his supervised release at that time.

                                                       Respectfully submitted,

                                                       BENJAMIN C. GLASSMAN
                                                      United States Attorney

                                                       s/Gary L. Spartis
                                                      GARY L. SPARTIS (0023428)
                                                      Assistant United States Attorney
                                                      303 Marconi Boulevard, Suite 200
                                                      Columbus, Ohio 43215
                                                      (614) 469-5715
                                                      Fax: (614) 469-5653
                                                      Gary.Spartis @usdoj.gov

**MEMORANDUM IN SUPPORT**

Mr. Gay plead guilty to conspiracy to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. § 846. Following his guilty plea, the Court sentenced the defendant to 120 months imprisonment to be followed by 5 years of supervised release. That sentence was later reduced to 96 months imprisonment as a result of a Rule 35 Motion.

Mr. Gay began his supervised release on Sept. 2, 2015. He filed his first Motion to Terminate Probation on January 18, 2018. The United States opposed the motion. The Court conducted a hearing on the motion on February 15, 2018. At that time, the Court denied the motion to terminate supervision, but stated that Mr. Gay could renew his motion to terminated after he has served 3 ½ years of his supervised release.

Mr. Gay has now filed another Motion to Terminate Probation, however, this motion is premature. Mr. Gay will not have served 3 ½ years of his supervised release until April 2, 2019. The United States will not object to a termination of the defendant's supervised release if he successfully completes 3 ½ years without any violations.

**WHEREFORE** the government respectfully requests the defendant's motion be denied at this time.

    Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Gary L. Spartis
GARY L. SPARTIS (0023428)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Gary.Spartis @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on this 30th day of October, 2018, upon James E.L. Watson, Attorney for Michael M. Gay.

 s/Gary L. Spartis
GARY L. SPARTIS (0023428)
Assistant United States Attorney